# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LYNN MOORE, SHANQUE KING, and JEFFREY AKWEI,<br><br>Plaintiffs<br><br>v.<br><br>TRADER JOE'S COMPANY,<br><br>Defendant. | Case No. 4:18-cv-04418-KAW<br><br>**ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AS MODIFIED**<br><br>Judge: Hon. Kandis A. Westmore |

| | |
|---|---|
| 1 | Presently before the Court is the Parties' Stipulation to Continue the Case |
| 2 | Management Conference and Related Deadlines. Having considered the Parties' |
| 3 | Stipulation, and in light of the fact that the Parties have so agreed without objection, |
| 4 | and in the interest of justice, the Court finds good cause, pursuant to Local Civil |
| 5 | Rule 6-2, to continue the Case Management Conference and hereby **GRANTS** the |
| 6 | Parties' Stipulation. The Case Management Conference currently scheduled for |
| 7 | October 23, 2018 is continued to November 20, 2018 at 1:30 p.m., and associated |
| 8 | case management deadlines will be set based on the date of the new Initial Case |
| 9 | Management Conference. The joint case management statement is due on |
| 10 | November 13, 2018. |

DATED: October 12, 2018

_____
The Honorable Kandis A. Westmore
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
AND RELATED DEADLINES
4:18-CV-04418-KAW

1