DAWN SESTITO (S.B. #214011)
dsestito@omm.com
R. COLLINS KILGORE (S.B. #295084)
ckilgore@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

Attorneys for Defendant
Trader Joe's Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LYNN MOORE, SHANQUE KING, and JEFFREY AKWEI,<br><br>Plaintiffs<br><br>v.<br><br>TRADER JOE'S COMPANY,<br><br>Defendant. | Case No. 4:18-cv-04418-KAW<br><br>**DECLARATION OF COLLINS KILGORE IN SUPPORT OF DEFENDANT TRADER JOE'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Kandis A. Westmore<br>Courtroom: ___<br>Date: Thursday, March 21, 2019<br>Time: 1:30 PM |

# DECLARATION OF COLLINS KILGORE

I, Collins Kilgore, hereby declare and state as follows:

1. I am an attorney with O'Melveny & Myers LLP, counsel for Defendant Trader Joe's Company ("Trader Joe's") in this matter. I have personal knowledge of the facts set forth below, and if called upon, I could and would testify to the truth of the following.

2. Attached as **Exhibit 1** is a true and correct copy of the computer printout of the webpage entitled "Grading System Explained" of the Unique Manuka Factor Honey Association, available at https://www.umf.org.nz/grading-system-explained/, last accessed on January 18, 2019.

3. Attached as **Exhibit 2** is a true and correct copy of the computer printout of the webpage of Bee's and Tree's, available at https://www.beesandtrees.com/, last accessed on January 18, 2019.

4. Attached as **Exhibit 3** is a true and correct copy of the computer printout of the webpage of the True Honey Company, entitled "Why is manuka honey so expensive?" and dated March 10, 2017, available at https://www.truehoney.co.nz/en/2017/03/30/why-is-manuka-honey-so-expensive/, last accessed on January 18, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of January 2019 in Los Angeles, California.

_____
Collins Kilgore

# EXHIBIT 1

UMF (https://www.umf.org.nz)

What We Do (https://www.umf.org.nz/what-we-do/)

Mānuka Honey (https://www.umf.org.nz/manuka-honey/)

# Grading System Explained

Grading System (https://www.umf.org.nz/grading-system-explained/)

UMFHA Members (https://www.umf.org.nz/umf-members/)

UMF Science (https://www.umf.org.nz/umf-science/)

Manuka Honey is highly valued by the consumer and those that are licensed to use the quality mark. The UMF® quality mark is registered in all key consumer markets.

UMF™ News (https://www.umf.org.nz/news/)

UK News (https://www.umf.org.nz/umf-uk-news/)   家 (https://www.umf.org.nz/%e5%ae%b6/)

SUBSCRIBE TO OUR UPDATES (http://umfhawordpress.azurewebsites.net/subscribe-to-our-updates/)

## UMF Grading System

**The UMF grading system has two components which are expressed on any UMF honey product**

**1**

LABEL

The label claim that it is genuine Mānuka Honey.

Exhibit 1
Page 2



**② NUMBER**

This represents the unique signature compounds characteristic of this honey which ensure purity and quality. These include: the key markers of Leptosperin, DHA and Methylglyoxal.

UMF Grades

Hover over chart to display precise values



Exhibit 1
Page 3

| CONTACT US (/CONTACT-US/) | FOLLOW US | FAQ (HTTP://UNIQUEMANUKAFACTOR.AZURE |
|---|---|---|
| 79a Edmund Street, 1071 | LinkedIn (https://www.linkedin.com/company/10270240?trk=vsrp_companies_res_name&trkInfo=VSRPsearchId%3A16547816114479700002494%2CVSRI | |
| PO Box 125217 | | |
| St Heliers 1740 | YouTube | |
| New Zealand | (https://www.youtube.com/channel/UC5NUPLOqEvUfysjupzeLMiA) | |
|   +64 (0) 9 575 3127 | | |
|   +64 (0) 274 418 508 | | |
|   enquiry@umf.org.nz (mailto:enquiry@umf.org.nz) | | |

©2019 Unique Mānuka Factor Honey Association

Exhibit 1
Page 4

# EXHIBIT 2

## Home of the World's Finest Honey. Satisfaction Guaranteed.



Purchase    About Manuka Honey    About Bees & Trees    Our Retailers    Ask us    Sign in    0

**What exactly is Manuka Honey?**



Manuka Honey comes exclusively from New Zealand because that's where flowering Manuka trees grow. To get Manuka Honey, beekeepers must move their hives into areas where the Manuka is the predominant vegetation type when the Manuka is starting to flower, typically spring to early summer depending on the region within New Zealand.



We watch closely as the season approaches and time the placement of their hives to maximize their exposure to the Manuka nectar flow. Even with all of this work, it's still impossible to get 100% pure Manuka Honey out of a hive because there will inevitably be some non-Manuka nectar that the bees will get into. While fascinating creatures, the bees don't listen very well, and we can't tell them to only work the Manuka flowers.

Despite that, there are some techniques you can use when harvesting the honey to segregate honey coming from different areas of the hive to increase the concentration of Manuka Honey in a given batch. As experienced Manuka Honey producers with our own extraction operation, we're quite good at maximizing our results.

**What's the fuss with Manuka Honey?**

It's not hard to find someone singing the praises of Manuka Honey these days. Celebrities like Gwyneth Paltrow and Scarlett Johansson credit it for their great complexions, while tennis star Novak Djokovic says it gives him a boost on the court.

There's good reason for that. Doctors and researchers (as far back as 30 years ago) have found that Manuka Honey has unique bioactive properties not found in traditional honey. Scientists believe the bioactive properties support and boost the body's own immune system, resulting in benefits ranging from fighting off the common cold, to wound care treatment for antibiotic resistant skin infections.

**But how do you know if you have genuine Manuka Honey?**
While taste and color are our initial indicators, we need a scientific result. For that, we send samples from each of our batches to independent laboratories in New Zealand, and they test the honey for dietary Methylglyoxal.

**Methylglyoxal: Manuka Honey's Secret Ingredient**

Dietary Methylglyoxal, abbreviated as MG or MGO, is a naturally occurring organic compound found in high concentrations in Manuka Honey. Test results are given as mg/kg, and the concentration of MG directly correlates to the health and wellness benefits of Manuka Honey. Typical tests come back anywhere from 100–250 mg/kg at the time of harvest, and then this concentration changes over time as a precursor organic compound in the honey (dihydroxyacetone, or DHA) converts to MG.

(Because of Manuka Honey's tendency increase in activity with age, our Manuka Honey is stored for 1—2 years prior to being packed, labeled and shipped out. We like to think of our great Manuka Honey like a fine wine.)

Unfortunately, there are dishonest sellers who misrepresent the bioactivity of their honey. As a result, the New Zealand Government's Ministry for Primary Industries has stepped in to regulate the labeling of Manuka Honey.

**There are only two way proper and legal ways to label Manuka Honey:**

Exhibit 2
Page 7

https://www.beesandtrees.com/　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1/15/2019

1. Manuka Honey should be labeled with the actual MG test results (in mg/kg), or

2. Manuka Honey should be labeled with a rating on the UMF (Unique Manuka Factor) scale.

We label our honey with the actual MG results, and choose not to participate in the UMF organization, which is mostly marketing hype, and is heavily influenced by one of the large Manuka honey packers. If you see anything else on a label of honey purporting to be Manuka Honey, it's likely illegitimate. Watch out for sellers using labels such as *Active XX+*, *Bio-Active XX+*, *NPA XX+ (Non Peroxide Activity)*, *Total Activity XX+*, *K-Factor XX+* as they most likely are not selling true active Manuka honey.

**Ask Where Your Honey Comes From**



With unscrupulous sellers trying to pass-off counterfeit New Zealand honey, you'd be wise to ask where your honey comes from. Bees & Trees works with Oritain, an independent New Zealand laboratory, to certify the geographic origin of our honey. Oritain takes soil samples from our apiary sites and then matches these same markers in the honey produced from those sites.

This *geochemical fingerprinting* allows us to have independent certification of the geographic origin of our honey. Not just that it comes from New Zealand, which they can prove, but that it comes from a certain region in New Zealand, effectively putting a pin in the map. We think this is pretty cool science.

**Blended Honey: Think Twice About What Happens Between the Hive and the Jar**

The reason we're able to make this additional investment in protecting the quality of our honey, while the big corporate players in the Manuka market are not, is because of a key aspect of their so-called production process: blending.

Much of the Manuka Honey sold under the big name labels is purchased in bulk from honey producers all over New Zealand. The honey is then blended to achieve a certain MG or UMF rating. Notice how producers will sell a 250, a 400, and a 550 MG honey, but never, say, a 430.

Most of the honey going into these "production batches" is probably Manuka Honey, but it doesn't need to be. Under the blended model, the goal is the rating number.

This is one of the reasons the primary package choice for a lot of Manuka Honey brands is a brown opaque plastic container. By using this package, these brands avoid the questions that would arise as different jars of what should be the same honey sitting on a retail shelf showing distinctly different coloring.

Our Manuka Honey is packed by extraction batch, hive-to-jar. No blending. No additional process steps. Our honey may have some variation in color and texture from batch to batch. Granulation of honey is natural and varies from batch to batch based on a number of factors related to the season. The way the bees make the honey

is the way we give it to you. This ensures our honey has all the wonderful health benefits you'd expect, in addition to the added bonus of being a marvelous tasting gourmet food.

**What you Need to Know when Buying Manuka Honey**

Whether you're buying our Manuka Honey or someone else's, we want you to be informed. To find a brand you can trust, you should check for the following criteria:

1. MG or UMF ratings on the package— anything else is deceptive.

2. Publicly available activity test results (from an independent testing lab) indicating levels of dietary methylglyoxal.

3. Compare pricing ($/oz) for like activity honey. Different package sizes makes price per oz the only viable comparison.

4. Provenance of the honey is independently certified.

5. Hive to jar processing, instead of blending (if taste and food quality are important to you.)

**Our Promise to You**

At Bees & Trees, we will always work diligently to produce what we think is the world's finest jar of honey.

1. Our head beekeeper is a third generation apiarist, and our entire team of beekeepers and employees work to keep our bees healthy and happy.

2. Our hives are flown by helicopter to remote Manuka tree sites, nestled within native New Zealand forests.

3. We extract the honey in our own facility in small batches and present our product in a clear glass jar.

4. We independently test each batch for bioactivity levels of MG, and we show you our test results.

5. We also independently certify the geographic origin of our honey.

We do all of this so that we can provide you with a great-tasting, health-boosting honey in which you can have ultimate confidence.

Yours,



Mike Everly

Founder

**PS:** If you have any questions at all, ask us anything.

Case 4:18-cv-04418-KAW   Document 33-1   Filed 01/18/19   Page 14 of 20

Case 4:18-cv-04418-KAW   Document 33-1   Filed 01/18/19   Page 15 of 20

## News

### The Queen Has a Big Yellow Bottom!

November 26, 2018

November 26, 2018 There's never a dull moment when you are keeping bees!  Our little friends at the Toko School have some news to report. Hive... Read More ›

### Manuka Honey Enhances Wound Healing and Tissue Regeneration, Inhibits Cancer Development and Progression

November 15, 2018

November 15, 2018 Honey has been known for its therapeutic properties since the time of ancient civilizations.   Modern scientists have been catching up with this... Read More ›

### 2018 SOHO Expo

October 31, 2018

November 1, 2018 Bees & Trees will be attending our second tradeshow! We'll be exhibiting at the SENPA SOHO Expo!  SOHO is an acronym for... Read More ›

### A Super Exciting Day at the Toko School!

October 12, 2018

October 12, 2018 The children at the Toko School have split their hives! With Raul's help of course. ;-) Read about all their work (and... Read More ›

## Follow

 

© 2019 Bees & Trees Honey.

Ecommerce Software by Shopify

# EXHIBIT 3



partners

login

our story   our honey   shop   contact   faqs   blog

0

RECIPES    HIVE TO HOME    MANUKA HONEY RESEARCH    MANUKA HEALTH & WELLBEING

TRUE FRIENDS

# why is manuka honey so expensive?

March 30, 2017

It's a question we get asked a lot. "So, just why is Manuka honey so expensive?" We can't speak for other Manuka honey producers, or comment on how they do things. But from our point of view, here are a few of the reasons why Manuka honey costs more than other honeys.

**Rare and precious**

The True Honey Co. only sells Manuka honey with at least 300 milligrams of methylglyoxal per kilogram, because that's where that activity is proven to kick in. And it's independently tested at New Zealand laboratories to ensure its true to label.

**Well-bee-ing is everything**

The stars of our show are our hardworking honeybees. So they get the dedication and attention of a high beekeeper to hive ratio. When it's time during the season to move the hives, we do this at night for the least possible disruption, and no bee left behind. Back in 2000, the nasty little varroa bee mite was discovered in New Zealand beehives. This discovery means it's more labour intensive and therefore expensive managing our hives. Our beekeepers have to be extra vigilant that the bees are protected against the little varroa bloodsuckers.

**Top spots and true teamwork**

To bring you honey from New Zealand's best spots, we make sure people who own them get a fair deal, and a good price for the honey made on their land. Finding the best spots of Manuka bush means building solid, honest partnerships with landowners, from farmers, to local Māori tribes and the New Zealand Department of Conservation. We even came up with some clever technology called Trueview™, which lets landowners keep an eye on the hives too.

**Great lengths, and long distances**

Authentic New Zealand Manuka honey is a very limited resource. We go to great lengths to find the best areas of dense Manuka bush, in New Zealand's remotest, greenest back country. This keeps any contaminants out of

our honey, and makes sure that our bees have VIP access to all the Manuka nectar they can slurp. But these places are hard to get to. And with no roads for miles, bringing trucks in can be pretty hard on the native bush. So hives often need to be flown in by helicopter.

## Whatever the weather

Manuka only flowers for a few weeks each year. During this time, weather conditions – anything from low temperatures to too much wind – will affect the ability of our bees to gather enough Manuka nectar. But even in years when hive yields are low, our beekeepers are still out there checking on their stripy little charges, making sure they have plenty of food as winter approaches, and that each hive is shipshape.

## Testing, testing

Lastly (but not 'leastly) our end product is very carefully packaged in top quality glass to keep it good as gold on the shelf. Every batch is also independently scientifically tested by New Zealand lab Analytica, so that you can be sure it is what it says on the jar. This step is an extra cost – but it offers peace of mind for honey lovers, and means we can stand behind every jar we make.



stay in the loop to find out what's new

OUR STORY | OUR HONEY | SHOP | CONTACT | PARTNERS

FAQs | Shipping & Delivery | Returns & Exchange | Terms & Conditions | Privacy Policy | TRUEVIEW ™

New Zealand

© The True Honey Co. 2016

Exhibit 3
Page 16